IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LINDSAY MOOREHEAD                                                              PLAINTIFF

v.                                    No.4:10-cv-546-DPM

HARDING UNIVERSITY INC, *ET AL.*                                           DEFENDANTS

## ORDER

Having studied the record and the briefs, the Court is inclined to grant summary judgment across the board. The scheduling order is suspended and the trial cancelled. The Court is working on an opinion explaining its thinking. If the Court ultimately concludes that some or all of the case needs to be tried, then a new scheduling order will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 March 2012