IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LINDSAY MOOREHEAD**                                         PLAINTIFF

v.                          No. 4:10-cv-546-DPM

**HARDING UNIVERSITY, INC.;**
**HARDING UNIVERSITY; and**
**MICHAEL MURPHY, M.D.**                                     DEFENDANTS

JUDGMENT

Moorehead's complaint, *Document No. 26*, is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Court

17 May 2012